**DISMISS and Opinion Filed May 15, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00505-CV

### DOMINION HARBOR ENTERPRISES, LLC, Appellant
### V.
### J. KELLY GRAY, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-08821**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's unopposed May 10, 2024 motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). In the motion, appellant explains that the parties have settled their differences and request we dismiss the appeal. We grant the motion and dismiss this appeal.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240505F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DOMINION HARBOR
ENTERPRISES, LLC, Appellant

No. 05-24-00505-CV          V.

J. KELLY GRAY, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-08821.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

     In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

     Subject to any agreement by the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered May 15, 2024